**No. 55328.**—New York Merchandise Co., Inc. *v.* United States, protest 161582–K (Los Angeles).

Opinion by MOLLISON, J.  Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, MARCH 8, 1951

**No. 55329.**—Simon Import Corp. *v.* United States, protest 162616–K (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that certain items of the merchandise consist of sisal bags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 55330.**—M. S. Levy & Sons, Inc. *v.* United States, protests 612647–G, etc. (Baltimore).

Opinion by FORD, J.  It was stipulated that certain items of the merchandise consist of "8-bu" hats, valued at less than $3 per dozen, similar in all material respects to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664).  The claim of the plaintiff was therefore sustained.

**No. 55331.**—Fownes Bros. & Co., Inc., et al. *v.* United States, protests 138820–K, etc. (New York).

Opinion by FORD, J.  The protests were dismissed.

**No. 55332.**—Amptra Corp. et al. *v.* United States, protests 149127–K, etc. (New York).

Opinion by FORD, J.  The protests were dismissed.

**No. 55333.**—Alfred Kohlberg, Inc. *v.* United States, protests 155216–K and 156285–K (New York).

Opinion by FORD, J.  The protests were dismissed.

**No. 55334.**—E. Ashkenazi et al. *v.* United States, protests 166934–K, etc. (New York).

Opinion by FORD, J.  The protests were dismissed.